Ronald I. NANCE, Plaintiff–Appellant,

v.

John POTTER, Postmaster General,
United States Postal Service,
Defendant–Appellee.

No. 02–1354.

United States Court of Appeals,
Fourth Circuit.

Submitted July 25, 2002.

Decided July 31, 2002.

Ronald I. Nance, Appellant Pro Se.
Lynne P. Klauer, Office of the United
States Attorney, Greensboro, North Carolina, for Appellee.

Before WILKINS, MOTZ, and
TRAXLER, Circuit Judges.

PER CURIAM.

Ronald I. Nance appeals the district
court's order denying his motion to reconsider a prior order granting the Government's motion for an extension of time to
respond to Nance's civil complaint. We
dismiss the appeal for lack of jurisdiction
because the order is not appealable. This
court may exercise jurisdiction only over
final orders, 28 U.S.C. § 1291 (1994), and
certain interlocutory and collateral orders,
28 U.S.C. § 1292 (1994); Fed.R.Civ.P.
54(b); *Cohen v. Beneficial Indus. Loan
Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93
L.Ed. 1528 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order. We
dismiss the appeal as interlocutory. We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*DISMISSED.*